UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>-against-<br><br>VIRGINIA MARISOL LEMUS RECINOS,<br><br>                      Defendant. | 23-cr-464 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on **Thursday, September 14** at **3:00 PM**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge