UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>VIRGINIA MARISOL LEMUS RECINOS,<br>Defendant. | 23-cr-464 (AS)<br><br>REVISED<br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for May 22, 2024 will now take place the same day at **3:30 PM**. IT IS ALSO ORDERED that the parties shall submit a joint letter, no later than Tuesday, May 21, by 5:00 PM, updating the Court on the status of this case and proposing dates for trial that work for both parties.

    SO ORDERED.

Dated: May 17, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge