# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

May 20, 2024

**Application GRANTED. The conference will now take place on July 30, 2024, at 4:00 PM.**

**SO ORDERED.**

**Arun Subramanian, U.S.D.J.**
**Date: May 21 2024**

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Virginia Marisol Lemus Recinos**
         **23 Cr. 464 (AS)**

Dear Judge Subramanian:

The parties write in response to the Court's May 17 order. After receiving additional mitigation records, the defense submitted a Deferred Prosecution request to AUSA Edward Robinson on May 19, 2024. The request will now undergo consideration by the Government. In light of this ongoing process, the parties ask for an adjournment of the May 22 status conference. Moreover, since undersigned counsel will begin parental leave in early June, I ask that the next conference date be set in mid-to-late July to allow time for the case to be transferred internally.

The defense consents to the exclusion of time under the Speedy Trial Act until the date of the next conference.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735
Zawadi_Baharanyi@fd.org

CC:   AUSA Edward Robinson