

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 17, 2024

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request for an adjournment is GRANTED. The conference will now take place on Friday, October 18, 2024, at 2:00 PM.
>
> IT IS FURTHER ORDERED that the time between September 20, 2024, and October 18, 2024, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to discuss a potential pretrial resolution of the case.
>
> SO ORDERED.
>
> */s/ Arun Subramanian*
> Arun Subramanian, U.S.D.J.
> Date: September 18, 2024

Re: *United States v. Virginia Marisol Lemus Recinos*, 23 Cr. 464 (AS)

Dear Judge Subramanian:

    The Government respectfully writes on behalf of itself and counsel for Ms. Lemus Recinos to request a 30-day adjournment of the status conference currently scheduled in the above-captioned case on September 20, 2024, at 2:00 pm. Since the last adjournment, there was further consideration of the defendant's request for deferred prosecution request. The parties are now in discussions regarding a pretrial resolution. This is the fifth joint or unopposed request for an adjournment. The past requests were granted to allow the defense to prepare its deferred prosecution submission, for defense counsel to familiarize herself with the case after taking over from prior counsel (who is on parental leave), and for the Government to consider it. The Government anticipates that this will be the last request for an adjournment.

    The Government also requests that the Court exclude time between September 20, 2024 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

    Thank you for your consideration.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by:  /s/_____
    Edward C. Robinson Jr.
    Assistant United States Attorney
    (212) 637-2273

cc: Hannah McCrea