UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>VIRGINIA MARISOL LEMUS RECINOS,<br>                              Defendant. | 23-cr-464 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court adjourned the next conference until November 19, 2024 at the request of the parties. *See* Dkt. 32. In the endorsement, the Court mistakenly cited that date as being on a Thursday. For clarity, the conference is scheduled for Tuesday, November 19, 2024, at 4:00 PM.

    SO ORDERED.

Dated: October 16, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                               United States District Judge