**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 18, 2024

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The application is GRANTED. Ms. Recinos' bail conditions shall be modified to permit travel to the Western District of Virginia ("WDVA").
>
> SO ORDERED.
>
> Arun Subramanian, U.SD..J.
> Dated: December 18, 2024

Re:   **United States v. Virginia Marisol Lemus Recinos**
      **23 Cr. 464 (AS)**

Dear Judge Subramanian:

   I write to respectfully ask that the Court modify Ms. Lemus Recinos' bail conditions to permit her to travel to the Western District of Virginia ("WDVA"), which neighbors the Eastern District of Virginia ("EDVA"), where she resides. Neither the government nor Pretrial Services objects to this request.

   Ms. Lemus Recinos has been on pretrial supervision in Manassas, VA since August 2023 with no violations. Her bail conditions restrict travel to EDVA, where Manassas is located, and the Southern and Eastern Districts of New York (and places between). However, as Manassas is geographically close to the border between the Eastern and Western Districts of Virginia, and Ms. Lemus Recinos has been offered a work opportunity in a nearby city located in WDVA, I write to ask that the Court modify her bail conditions to allow her to travel within ~~WDNY~~ WDVA.

   As noted above, neither Pretrial Services nor the government opposes this request.

Respectfully submitted,

 /s/
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org

CC:   Counsel of Record
      USPO Vakida J. Wilson