# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 58.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: February 26, 2026

**Re:   United States v. Virginia Lemus Recinos**
**23 Cr. 464 (AS)**

Dear Judge Subramanian:

   With the consent of the Pretrial Services Agency, I write to respectfully request that the Court permit the Pretrial Services Agency to provide Ms. Lemus Recinos with a photocopy of her passport.

   Ms. Lemus Recinos recently started a small cleaning business. To grow her business and contract with small businesses in her community, Ms. Lemus Recinos needs to open a business bank account which requires 2 forms of acceptable ID. Her driver's license qualifies as one. She needs a photocopy of her passport for the second form of identification.

   Ms. Lemus Recinos has been on pretrial supervision in Manassas, VA since August 2023 with no violations. As noted above, Pretrial Services has no objection to this request.[1]

Respectfully submitted,

/s/
Zawadi S. Baharanyi
Assistant Federal Defender
Zawadi_Baharanyi@fd.org

CC:   AUSA Katherine Cheng

---

[1] Defense counsel has requested but has not yet received the Government's position.